155 A.3d 442

**MOODY**

v.

**TOBIN**

**Pet. Docket No. 542, Sept. Term, 2016**

Court of Appeals of Maryland.

February 21, 2017

Pending in the Court of Special Appeals (Nos. 261 & 1310, Sept. Term, 2016).

Petition for writ of certiorari denied

155 A.3d 442

**NASSIF**

v.

**GREEN**

**Pet. Docket No. 494, Sept. Term, 2016**

Court of Appeals of Maryland.

February 21, 2017

Opinion of the Court of Special Appeals unreported (No. 545, Sept. Term, 2014).

Petition for writ of certiorari denied